| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) 03-20483-CR-GOLD |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER(Rec.Ct) |
| | | 07CRIM. 454 |

| NAME AND ADDRESS OF/SUPERVISED RELEASEE WEBSTER, Josie | DISTRICT FLORIDA | DIVISION SOUTHERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Alan S. Gold | |
| SD/FL PACTS No. 78397 | DATES OF SUPERVISED RELEASE | FROM 10/27/06 — TO 10/26/09 |

OFFENSE: Count One:   Conspiracy to import at least five kilograms of cocaine into the United States; 21 U.S.C. § 952(a)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  SOUTHERN  DISTRICT OF  FLORIDA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK, upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

01/31/07
Date                                                       The Honorable Alan S. Gold
                                                            United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   SOUTHERN   DISTRICT OF NEW YORK

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 2 3 2007
Effective Date                                              ~~United States District Judge~~

HON. KEVIN NATHANIEL FOX
United States Magistrate Judge
Southern District of New York