P41098/R. Gonzalez

REQUEST FOR COURT ACTION / DIRECTION

# 07CRIM. 454

| | | |
|---|---|---|
| TO: | JIM MOLINELLI<br>Miscellaneous Court Clerk | OFFENSE: <u>Conspiracy to Import at least Five Kilograms of Cocaine into the United States, in violation of 21 U.S.C. 952(a).</u> |
| | | ORIGINAL SENTENCE: <u>Forty-six (46) months imprisonment followed by three (3) years of supervised release.</u> |
| FROM: | <u>Raymond L. Gonzalez</u><br>U.S. Probation Officer | SPEC. CONDITIONS: <u>The defendant shall participate in an approved treatment program for drug and or alcohol abuse as directed by the U.S. Probation Office.</u> |
| | | AUSA: <u>David Gardey</u> |
| RE: | <u>Josie Webster</u><br>Docket # 3-20483-CR-GOLD | |

DATE OF SENTENCE:   March 11, 2004

DATE:   February 28, 2007

ATTACHMENTS:   PSI <u>X</u>   JUDGMENTS <u>X</u>   PREVIOUS REPORTS
VIOLATION   PETITION

REQUEST FOR:   WARRANT____   SUMMON ____   COURT DIRECTION <u>X</u>

---

**TRANSFER OF JURISDICTION**

On March 11, 1994, Josie Webster was sentenced by the Honorable Alan S. Gold, United States District Judge for the Southern District of Florida to Forty-six (6) months imprisonment to be followed by a three (3) term of supervised release. The United States Probation Office for the Southern District of New York has supervised the offender since her release on October 25, 2006.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 2 3 2007

Webster, Josie                                                                  P41098-R. Gonzalez

- 2 -

On February 23, 2007, we received a letter from the Southern District of Florida advising that the Honorable Alan S. Gold, United States District Judge for the Southern District of Florida, signed the Transfer of Jurisdiction (Probation Form 22) ordering Ms. Webster's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated.

                                        Respectfully submitted,

                                        CHRIS J. STANTON
                                        Chief U.S. Probation Officer

                  By:   _____
                            Raymond L. Gonzalez
                            U.S. Probation Officer
                            212-805-5124


Approved By:   _____
                  Charles T. Herman    Date
                  Supervising U.S. Probation Officer